IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv359-MHT |
| ) | (WO) |
| SGT. COOPER, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit against numerous defendants, asserting, *inter alia*, claims of a failure to protect and of an exposure to "witnessing" of violence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation

adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2022.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**