IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY COTTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv359-MHT |
| | ) | (WO) |
| SGT. COOPER, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for a certificate of appealability (Doc. 51) is denied as unnecessary. A certificate of appealability is necessary only for an appeal from "the final order in a habeas corpus proceeding in which the detention complained of arises out of ... a State court; or ... the final order in a proceeding under ... [28 U.S.C. §] 2255." 28 U.S.C. § 2253(c)(1). This case was brought under 42 U.S.C. § 1983, so no such certificate is required.

DONE, this the 31st day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE