IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY COTTON,           ) | |
| )            | |
| Plaintiff,     ) | |
| )            | CIVIL ACTION NO. |
| v.                ) | 2:19cv359-MHT |
| )            | (WO) |
| SGT. COOPER, et al.,   ) | |
| )            | |
| Defendants.   ) | |

### ORDER

This case is before the court for consideration of plaintiff's in forma pauperis declaration (Doc. 59). It is ORDERED that, to the extent the declaration is considered a motion to reconsider the court's earlier denial of leave to proceed on appeal in forma pauperis, *see* Order (Doc. 55), the motion is denied for the reasons previously stated in that order.

It is further ORDERED that, to the extent plaintiff intended to submit the declaration to the appeals court in support of a renewed motion to proceed in forma pauperis, the clerk of court is directed to refer

plaintiff's "in forma pauperis declaration" (Doc. 59) to the appeals court.

DONE, this the 11th day of October, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE